UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JORDAN PUESCHELL, a minor, by and
through his natural guardians Tom Pueschell
and Diane Pueschell, TOM PUESCHELL, and
DIANE PUESCHELL,

    Plaintiffs,

v.                                      CASE NO: 8:11-cv-1775-T-26TBM

CITY OF BARTOW,

    Defendant.
_____/

**O R D E R**

    Defendant has filed a motion to dismiss Plaintiffs' complaint, thereby prompting this Court to examine the allegations of the complaint. After doing so, the Court concludes that count I, which alleges violations of the First, Fourth, Fifth, and Fourteenth Amendments, "'is a typical 'shotgun' pleading, in that in *one* count the plaintiffs have presented multiple claims for relief, supporting them with a rambling set of factual allegations that may or may not be relevant to each claim.'" Oladeinde v. City of Birmingham, 230 F.3d 1275, 1284 (11th Cir. 2000) (quoting order entered in Oladeinde v. City of Birmingham, No. 91-2063 (11th Cir. May 8, 1991) (emphasis in original). In

light of that conclusion, the Court is authorized, acting *sua sponte*, to require Plaintiffs to replead their complaint. Id.

Accordingly, Plaintiffs shall file a repleaded complaint on or before August 26, 2011. Defendant shall file its response to the repleaded complaint within ten (10) days of service. The Motion to Dismiss (Dkt. 3) is denied without prejudice as moot.

**DONE AND ORDERED** at Tampa, Florida, on August 12, 2011.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record